**Order entered February 23, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00108-CR

## EX PARTE SKY LANE BLACKWELL

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90224**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief on a pretrial application for writ of habeas corpus seeking release under a mental health personal bond or reasonable bail. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by March 12, 2021. We **ORDER** that the clerk's record contain copies of the writ application; the State's response to the writ application, if any; the trial

court's order adjudicating the writ application; any findings of fact and conclusions of law issued by the trial court; any other documents, pleadings, or motions related to the writ application; the indictment or information filed in this case; any documents related to the setting of a bond or bond conditions; the trial court's certification of appellant's right to appeal; and any other documents requested by the parties.

We **ORDER** the court reporter to file the reporter's record by March 12, 2021.

We **ORDER** appellant to file his brief by April 2, 2021. We **ORDER** the State to file its brief by April 23, 2021. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Kelly Simmons, official court reporter, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE